IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

    Plaintiff,

  v.

BARBER, et al.,

    Defendants.
                                 /

No. C 10-80071M CW

ORDER CLOSING CASE

On March 12, 2010, Plaintiff filed a declaration in case number C 10-1086 CW.  The clerk of the court inadvertently opened the instant miscellaneous case with a duplicate copy of the declaration.  Because this miscellaneous case was opened in error, the Court orders that the clerk of the court shall close it.

Dated 8/6/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L GRIMES,

        Plaintiff,

v.

BARBER, et al.,

        Defendants.
                             /

Case Number: CV10-80071 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: August 6, 2010

                                    Richard W. Wieking, Clerk
                                    By: Nikki Riley, Deputy Clerk

2